UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARSHAD ALJAMAILAWI,

    Plaintiff,

v.

DANNY JOHNSON, et al.,

    Defendants.
_____/

Case No. 1:17-cv-933

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant N. Keeler filed a motion for summary judgment (ECF No. 13). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 29, 2018, recommending that this Court grant the motion, and that there exists a good faith basis to appeal. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 13) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that there exists a good faith basis to appeal this matter. See *McGore v. Wrigglesworth*, 114 F.3d

601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).


Dated: July 26, 2018          /s/ Janet T. Neff
                              JANET T. NEFF
                              United States District Judge