UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARSHAD ALJAMAILAWI,

    Plaintiff,

v.

DANNY JOHNSON, et al.,

    Defendants.
_____/

Case No. 1:17-cv-933

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendant Danny Johnson filed a motion for summary judgment (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 13, 2018, recommending that this Court grant the motion and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 21) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: October 10, 2018 /s/ Janet T. Neff
JANET T. NEFF
United States District Judge